## FORM FOR USE IN APPLICATIONS

## FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

James Edward Bagley

Name

2007 MAR 27 A 9: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

182103          E-1-21-A

Prison Number

565 Bibb Lane 1

Brent Alabama 35034

Place of Confinement

United States District Court ___Middle___ District of ___Alabama___

Case No. ___2:07-CV-264-MHT___

(To be supplied by Clerk of U. S. District Court)

___James Edward Bagley___ , PETITIONER

(Full Name)   (Include name under which you were convicted)

___Cheryl Price___ , RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)                    2006-0395 PR

Governor
Bob Riley          and  et. AL other

THE ATTORNEY GENERAL OF THE STATE OF ___Troy King___

Alabama department of Correction
legal Division  P.o. Box 310501
montgomery Alabama 36130 , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
## STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is</u>:

P.O. Box 711<br>
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack *Montgomery circuit court, Montgomery Alabama 36102*

2. Date of judgment of conviction *NOV, 6 - 2006*

3. Length of sentence *25* Sentencing Judge *Judge price*
   *Case Number 2006-395*
   *CV-2006-1214*

4. Nature of offense or offenses for which you were convicted: _DECLARATORY JUDGMENT 14-9-41_ _PLAINTIFF Come UNder ALABAMA Act NO. 91-637_ _TO AMENd Section 14-9-41 OF the COdo OF_ _ALABAMA 1975._

5. What was your plea?  (check one)
   (a) Not guilty  (  )
   (b) Guilty     (  )
   (c) Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _DeclAratory Judgment 14-9-41_ _good time_ _14-9-43 Shall be grANted to prisoNer._

6. Kind of trial:    (Check one)
   (a) Jury  (✓)
   (b) Judge only  ✓

7. Did you testify at the trial?  Yes  (  )    No  (✓)

8. Did you appeal from the judgment of conviction?    Yes  ✓    No  (  )

9. If you did appeal, answer the following:
   (a) Name of court _COUrt OF CrimiNAL AppeAL_
   (b) Result _trANSFeed to the Supreme court_
   (c) Date of result _dec. 7, 2006_
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _See ThoMPSON V. BOARd OF PArdoNs_ _ANd PArOles 806 So. 2d. 374 375 (A/A. 2001)._ _ThoMPSON V. BOARd OF PArdoNs ANd PArOles 794 So._ _2d. 446 (A/A Crim App 2001.)_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes  (  )    No  (  )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _SUpreme COUrt OF AlAbAMA #1060553_
        (2) Nature of proceeding _revieW OF DeclAtory_ _Judgment_
        (3) Grounds raised _iNMAte iNCArceRAted prior to effective_ _date OF 1981 corrEctioNAL INCeNtive time Act wAS_ _eNtiFled to have his good time credit CAlClAted_ _UNder prior provisioNs goverNiNg StAtutory good time ANd_ _INceNtive good time Code 14-9-40 to 14-9-41(e)_ _14-9-20 to 149-25_
    (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes  (  )    No  (  )
    (5) Result _deNiAl_
    (6) Date of result _febrUAry 29 7 6 02._

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Circuit Court of montgomery Circuit Court

(2) Nature of proceeding  A FINAL Hearing on 3 NOV. 2006 by Charle Price

(3) Grounds raised  A hearing on 3 NOV. 2006 About that I contends that due Process Right has been denied good time Credit, Under 14-9-14(e) code of AlAbama 1975 WARren V. State 598 So. 2d. 1058 (AlA Cr. App. 1992), CASe NumbeR CV 2006-3956  CV. 2006-1214

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes (✓),  No ( )

(5) Result  it WAS deNiAL

(6) Date of result  10-19-06

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court  Circuit Court of montgomery OF montgomery

(2) Nature of proceeding  MOTION FOR SUMMARY JudgmeNt AND Brief in Support

(3) Grounds raised  moving Party isentitled to A Judgment As mAtter Of LAw. BASS V. South trust BANK Of BALdwin CouNty 538 So. 2d. 794 797 798 (AlA. 1989.) HoRNe V. mregerson Food 849 So. 2d. 173 174 (AlA. Civil App. 2002).

(4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes (✓)    No ( )

(5) Result  deNiAL

(6) Date of result  NOV. 6, 2006

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.          Yes (✓)    No ( )

(2) Second petition, etc.         Yes ( )    No ( )

(3) Third petition, etc.          Yes ( )    No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.   Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

CAUTION:   In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.   As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.   If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.   Each statement preceded by a letter constitutes a separate ground for possible relief.   You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.   However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.   Do not check any of the grounds listed below.   The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: deniAL ACcess to the court
by the Circuit Court OF Montgomery AlAbama

Supporting FACTS   (tell your story briefly without citing cases or law):
FilinG prose is very diffPcult
Every person who Under color OF STAtUE ordiance
regulation custom or usage OF ANY StAte or
Territory or the district of columbiA subject or
cause to be subjected ANY citizen OF the
United StAtes or other person within the jurisdiction
there of to the deprivAtion of ANy right privileges
or immunities secured by the constitution And
LAw, shall be LiAble to the party injured
in An Action At LAw suit in equity or other
proper proceeding for redress.
Under 13th 14th 15th Amendments to
the U.S. constitution.
monroe v. pape 365 U.S. 167 (1961)

B. Ground two: DUe process

Supporting FACTS   (tell your story briefly without citing cases or law):
meAns prison officiAls Are not supposed
to restrict your Access to court or LAwyers
or punish you (take AwAy your property or
your Liberty even within prison) without
fAir procedures.
the due process CLAUse Also incoporates your right
Under the fourth Amendment to be free from
Unreasonable searches or seizure of your property,
protection of the Eighth Amendment AgAinst
CrUel And unusual punishment including
brutAlity And inHUmAne prison conditions.
Turner v SAfLey 482 U.S. 78 (1987).
Under Fist Amendment CLAims.

C. Ground three: Does the regulation LeAve open Another
wAy for you exercise your constitional rights.

Supporting FACTS   (tell your story briefly without citing cases or law):
pell v. procunier 438 U.S. (1978).
violAte prisoner LegAl right
procunier v. martinez 416 U.S. 396 (1974).

AN INJUNCTION is A court order that directs
prison officAls to make chAnger in your
prison conditions And or stop on going
conduct that the court find to be
illegAL. A part of group of prisoner
who Are seeking A declAtory JUdgment
And injUnctive relief.

D. Ground four: I Am Seeking declaratory relief
See Chapter two

Supporting FACTS (tell your story briefly without citing cases or law):
You should include A sentence stating
Plaintiff claims for injunctive relief
Are Authorized by 28 U.S.C. section
2283:2284 And Rule 65 of the federal
Rule of civil procedure.
You can ask for A declaration that your
right were violation An injunction money
damage costs And Anything else the court
think is fair.
If you request An injunction you should
spend some time thinking About what it is
you Actually want the prison to do or stop doing

13. If any of the grounds listed in 12A, B, C, and D were not previously presented
in any other court, state or federal state briefly what grounds were not so
presented, and give your reasons for not presenting them:
These declaration may be important when
Prisoner official moving for a summary
judgment Against you. under Rule 12
federal Rule of civil procedure
A terrible but common consequence of prisoner
Activism is Harassment by prison offical
The right to file paper and communicate with
court Lawyer legal worker and the media in 1977
the supreme court held in A case called
Bounds V. Smith 430 U.S. 817 (1977) that prisoner
have A fundamental constitional right of Access
to the court. Lewis V. Casey 518 U.S. 343 (1996)

14. Do you have any petition or appeal now pending in any court, wither state
or federal, as to the judgment under attack?    Yes ☑    No ( )

15. Give the name and address, if known, of each attorney who represented
you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____ N / A _____

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( ✗ )   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ✗ )   No ( )

(a) If so, give name and location of court which imposed sentence to be served in the future: _Circuit court of Calhoun county_
_CC - 03 - 815_

(b) And give date and length of sentence to be served in the future: _____
_2.5 year_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ✗ )   No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Pro Se James Edward Bogley_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _3 - 17 - 2007_ .
(date)

_James Edward Bogley_
Signature of Petitioner



James B__
182103 E 1-21-A
565 Bibb Lane
Brent Alabama
35034

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal Mail

3-22-2007

Clerk
United States District Court
middle district of Alabama
P.O. Box 711
montgomery, Alabama
36101

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

JAMES BAGLEY,
JAMES ROBINSON,
DANIEL SANDERS,
RONALD SUTTON &
ALL FEMALE AND MALE
INMATES HOUSED IN ALABAMA STATE PRISONS
     PLAINTIFFS

VS.

CASE NO. $2006-001400$
(TO BE SUPPLIED BY CLERK)

ATTORNEY GENERAL TROY KING,
ALABAMA PRISON COMMISSIONER RICHARD ALLEN
     DEFENDANTS

_____/

## CIVIL ACTION COMPLAINT PRISON OVERCROWDING

    Comes now Plaintiffs listed in this action and all Male and Female inmates incarcerated in State and out of State Prisons. Plaintiffs have a valid claim to which relief can be granted, and have a right invested by United States Constitution for United States Constitution violations which violate all inmates rights housed in Alabama Prisons in Alabama. James Bagley, James Robinson, Daniel Sanders, and Ronald Sutton have standing before the Circuit Court of Montgomery County, Alabama for venue of this action.

    Defendants are State Officals govern under Alabama laws to have Alabama prisons conform to United States Constitution. Defendants in this action, and Governor Bob Riley owe a duty to comply with Federal United States

Page 2.

Constitution. Defendants in this action by Former Governor Fob James, and Attorney General Charles Graddick agreed to have Alabama Prisons brought in compliance to United States Constitution.

Defendants have failed to comply with United States Constitution since 1980 to present date and time. Defendants Troy King, Richard Allen owing a legal duty to Plaintiffs and all Citizens of Alabama to comply with United States Constitution. The following complaints by seperate actions come before this Court, and for Governor Bob Riley to be served as Defendant for Alabama Governor Constitutional duties owed by State and Federal Laws of these United States.

## ACTION ONE: ACT 80-446 DISCRIMINATION 14-9-41(e)

1. Act 80-446 and Code Of Alabama 1975 § 14-9-41(e) provided that [N]o Habitual Offender would receive CIT Good Time.

2. Defendants amended 14-9-41(e) in October, 1991 to provide for Habitual Offenders to receive CIT Good Time by Statute 14-9-41(e).

3. Defendants granted and gave each Class C and Class B inmate in Alabama Prisons CIT Good Time with 15 years and less knowing that these inmates who were receiving CIT Good Time under the amended Statute 14-9-41(e) and having 15 years, that each inmate was a Habitual Offender, and coming under ACT 80-446, by plain language.

4. Defendants discriminated with CIT Good Time under Statute 14-9-41(e), and have caused triple mass overcrowded Alabama Prisons.

5. Defendants very Statute discriminate against inmates by sentence number

Page 3.

\_alone, and there being absolutely no difference with the crimes to which others who come under the exact same Class C, and Class B felony offenses have did to merit full out right discrimination.

6. Plaintiffs and all others in Alabama have received discrimination from Defendants acts and the ACT 80-446, with Code Of Alabama 1975 § 14-9-41(e) giving CIT Good Time to Habitual Offenders and to not all who are under the same Class and have nothing more than a different sentence number..

7. Plaintiffs claims shows that there exist a equal protection violation, and challenge to the system awarding good time to some but not to all inmates. Plaintiffs contentd that there exist rational purpose for the discrimination, and there's no legitimate articulated State purpose being accomplished with said discrimination being done by Defendants.

### CAUSE OF ACTION

1. Defendants have caused Alabama Prisons to be triple over-crowded.

2. Defendants have caused discrimination by Statute class distinction, and purposeful discrimination to exist in Alabama Prisons.

3. Plaintiffs have a cause where Segregation and discrimination violates all United States Constitutional rights created in these United States, and the State of Alabama for Plaintiffs and Tax Payers, who are made to pay Millions of excessive tax dollars for inmates who have EOS by granting and awarding all male and female inmates the very same under CIT Good Time as a matter of equal protection rights.

Page 4.

## RELIEF ACTION ONE

1. The Court to serve each named Defendant Governor Bob Riley, Attorney General Troy King, and Richard Allen.

2. Plaintiff seeks a end to discrimination by Statute in awarding Cit Good Time to Habitual Offenders by Class discrimination with a mere sentence number alone, which defeats the original purpose of ACT 80-446 as written.

3. Plaintiff to have declaratory judgment entered in this action.

(A). The Court to declare 14-9-41(e) to be unconstitutional on its face, where discrimination has existed since October, 1991, and not one Defendant has complied with United States Constitution to award all the same created rights which Alabama laws must grant under the 1st, 4th, and 14th Amendments of these United States.

4. Plaintiff request trial by jury to this action where these are issues which can't be denied by any Defendant listed in this action. Tax Payers of Alabama having a complete interest and all male and female inmates in Alabama Prisons in and out of State confinement.

5. Defendants to provide a full report before this Court showing cause how discrimination do not exist in Alabama by Statute 14-9-41(e) since October, 1991.

　　　To any and all relief to which Plaintiffs are entitled as a matter of Alabama laws and the Federal laws of these United States.

## ACTION TWO: UNITED STATES CONSTITUTION VIOLATION BY AGREEMENT ENTERED

1. Plaintiffs comes under a full contract agreement to which Defendants vowed

Page 5.

and entered to with United States Federal Court. Plaintiffs and all others

housed have awaited for Defendant to comply with United States Constitution,

and to bring Alabama Prisons in complinace with United States Constitution

violations which exist in Alabama Prisons State wide.

2. Defendants Governor Bob Riley, Attorney General Troy King, and Alabama

Prison Commissioner Richard Allen inherited what was agreed to by actual contract.

2. Defendants have a legal duty under their sworn oath to comply with United

States Constitution, and the Constitution of Alabama.

3. Defendants each knowing that Alabama Statute of Law under CIT Good Time

   time was amended in October, 1991 to award CIT Good Time to Habitual Offender

   inmates. Defendants having full knowledge that granting and giving Habitual

   Offenders CIT Good Time and discriminating against others under this same

   class has tripled the number of inmates in Alabama Prisons, and they have

   allowed discrimination exist since October, 1991, and have asked for Special

   Legislation to address Alabama Prison over-crowding. Defendants have refused

   to have full compliance with CIT Good Time to which Alabama Sister State of

   Florida did where Florida was faced with the exact same problems, and to comply

   with United States Constitution Florida instituted its emergency gain time

   by Statute and complied with United States Constitution. Defendants Alabama

   Governor, and Troy King, not one of these Defendants have complied with the

   Federal United States Constitution by agreement under a full contract owed

   to each and every Alabama inmate housed in United States Constitutional violations

   which expose each Plaintiff to serious dangers of death, and health violations.

Page 4.

## RELIEF ACTION ONE

1. The Court to serve each named Defendant Governor Bob Riley, Attorney General Troy King, and Richard Allen.

2. Plaintiff seeks a end to discrimination by Statute in awarding Cit Good Time to Habitual Offenders by Class discrimination with a mere sentence number alone, which defeats the original purpose of ACT 80-446 as written.

3. Plaintiff to have declaratory judgment entered in this action.

(A). The Court to declare 14-9-41(e) to be unconstitutional on its face, where discrimination has existed since October, 1991, and not one Defendant has complied with United States Constitution to award all the same created rights which Alabama laws must grant under the 1st, 4th, and 14th Amendments of these United States.

4. Plaintiff request trial by jury to this action where these are issues which can't be denied by any Defendant listed in this action. Tax Payers of Alabama having a complete interest and all male and female inmates in Alabama Prisons in and out of State confinement.

5. Defendants to provide a full report before this Court showing cause how discrimination do not exist in Alabama by Statute 14-9-41(e) since October, 1991.

        To any and all relief to which Plaintiffs are entitled as a matter of Alabama laws and the Federal laws of these United States.


## ACTION TWO: UNITED STATES CONSTITUTION VIOLATION BY AGREEMENT ENTERED

1. Plaintiffs comes under a full contract agreement to which Defendants vowed

Page 5.

and entered to with United States Federal Court. Plaintiffs and all others

housed have awaited for Defendant to comply with United States Constitution,

and to bring Alabama Prisons in complinace with United States Constitution

violations which exist in Alabama Prisons State wide.

2. Defendants Governor Bob Riley, Attorney General Troy King, and Alabama

Prison Commissioner Richard Allen inherited what was agreed to by actual contract.

2. Defendants have a legal duty under their sworn oath to comply with United

States Constitution, and the Constitution of Alabama.

3. Defendants each knowing that Alabama Statute of Law under CIT Good Time

time was amended in October, 1991 to award CIT Good Time to Habitual Offender

inmates. Defendants having full knowledge that granting and giving Habitual

Offenders CIT Good Time and discriminating against others under this same

class has tripled the number of inmates in Alabama Prisons, and they have

allowed discrimination exist since October, 1991, and have asked for Special

Legislation to address Alabama Prison over-crowding. Defendants have refused

to have full compliance with CIT Good Time to which Alabama Sister State of

Florida did where Florida was faced with the exact same problems, and to comply

with United States Constitution Florida instituted its emergency gain time

by Statute and complied with United States Constitution. Defendants Alabama

Governor, and Troy King, not one of these Defendants have complied with the

Federal United States Constitution by agreement under a full contract owed

to each and every Alabama inmate housed in United States Constitutional violations

which expose each Plaintiff to serious dangers of death, and health violations.

Page 6.

4. Defendants have knowingly violated written laws of these United States
under Alabama Prison over crowding, and did nothing to issue full ending
of discrimination, to end the segregated acts of awarding good time
to inmates housed in Alabama Prisons. Defendants acts to allow Alabama
prisons to remain triple capacity, and house inmates in out of State
prisons have served no penelogical interest.

5. Defendants have created a full system which makes Alabama Prisons
grow to serious criminal breeding grounds. Defendants having did nothing
to have ADOC Corrections Officers to comply with their jobs where Correction
Officers due to over crowded prisons are using their sworn oath to violate
written laws of the State of Alabama, and allow inmates in ADOC to do
serious acts of violence, and other serious acts with reentry back into
     society..

6. Governor Bob Riley has made it clear by stated words that he wants
Alabama Prison issues address, and made it plain that overcrowded Alabama
prisons are to come into compliance. Governor Bob Riley from Former
ADOC Prison Commissioner has placed the burden upon Attorney General
Troy King and Commissioner Richard Allen to bring Alabama Prisons into
 compliance with with United States Constitution. Defendants can't deny
 and it can't be denied that Defendants have come under State Court in
 Montgomery County, Alabama to comply with overcrowded issues. Defendants
 coming under Judge Myron Thompson for Females housed in Alabama Prison
 to comply with United States Constitution. The full acts which exist
 for each named Defendant is to comply with United States Constitution,
 and to relieve the overcrowded conditions for restoring of order, and
 Constitutional rights back into Alabama Prisons.

Page 7.

## CAUSE OF ACTION: ACTION TWO

1. Plaintiffs have a cause of action where Defendants have failed to comply with United States Constitution as agreed upon by Foemer Governor Fob James for bringing Alabama Prisons into complinace with United States Constitution.

2. Plaintiffs are entitled to United Sttaes Constitutional rights to which United States Laws protect for all inmates in Alabama.

3. Defendants have a full means of complying with United Sttaes Constitution, and to comply with State Court orders issued by Circuit Court Judge for granting relieve of overcrowded Alabama Prisons.

## RELIEF ACTION TWO

1. Defendants to show cause why Federal, United States Constitution have been violated since October, 1991.

2. The Judge to issue and order for Defendants to produce the number of inmates who are classed as nonviolent and who come under ACT 80-446 and not earning CIT Good Time with 15 and a day and more under Class C and Class B inmates by Habitual Offender sentencing.

4. The Court to satatfor trial by jury.

5. The Court to award Declaratory Judgment.

(A). To declare Defendants acts to deny the agreed contract under United States Constitution to be in direct violation of United States laws.

(B). The Judge to declare Defendants to be in violation of their agreement.

Page 8.

6. The Court to grant all rights to amend this Complaint for other issues which deals with Alabama Prison Overcrowding. The Court to grant all rights to which Plaintiffs are entitled as a matter of law.

7. The judge to set this matter for a full status hearing, and issuing a order for the Sheriff of Montgomery County, Alabama to transport each Plaintiff before this Court for a hearing under preliminary status which exist by ATabama Civil Rules of Court.

Respectfully

JAMES BAGLEY

JAMES ROBINSON

DANIEL SANDERS

RONALD SUTTON


PLAINTIFFS ADRESS

565 BIBB LANE
BRENT, AL. 35034


DEFENDANTS ADDRESS
GOVERNOR BOB RILEY - 600 DEXTER AVENUE MONTGOMERY, AL. 36104
2. ATTORNEY GENERAL TROY KING 11 SOUTH UNION STREET  MONTGOMERY, AL. 36130
3. COMMISSIONER RICHARD ALLEN  P.O. BOX 301501 MONTGOMERY, AL. 36130

AVSQ350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY

SUMMONS

CV 2006 001214.00

IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY

JAMES BAGLEY AIS #182103 ET AL VS GOVERNOR BOB RILEY ET AL

SERVE ON: (D002)

SSN: 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

KING TROY, ATTORNEY GENERAL
11 S UNION ST

PLAINTIFF'S ATTORNEY

*** PRO SE ***

MONTGOMERY    ,AL  36130-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
ID COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE,
YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 07/26/2006

CLERK: MELISSA RITTENOUR
P O BOX 1667
MONTGOMERY   AL  36102-1667
(334)832-1266

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
(RETURN RECEIPT HERETO ATTACHED)

(X) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
COMPLAINT TO _____

IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE

SERVER SIGNATURE

SERVER ADDRESS

TYPE OF PROCESS SERVER

RATOR: LAW
PARED: 07/26/2006

**IN THE CIRCUIT COURT OF**
**MONTGOMERY COUNTY, ALABAMA**

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

2006 OCT 12 PM 2:23

|  |  |  |  |
|---|---|---|---|
| JAMES BAGLEY (#182103), et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| vs. | ) | Case No. | CV-2006-395 |
| | ) | | CV-2006-1214 |
| GOVERNOR BOB RILEY, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MOTION TO CONSOLIDATE

Come now the Defendants Governor Bob Riley, Attorney General Troy King and

Commissioner Richard Allen, by and through undersigned counsel, and submit this

motion to consolidate. The Defendants state as follows:

1.    On July 26, 2006, the Respondents were served with "Civil Action Complaint."

That cause was assigned case number CV-06-1214.

2.    On September 6, 2006, the Respondents were served with "Declaratory

Judgment." That cause was assigned case number CV-06-395.

3.    Both causes present the same facts, the same Respondents and at least one of the

same Plaintiffs and the same issues.

4.    The Petitioner would not be prejudiced by the consolidation of these two cases.

5.    In the interest of justice and judicial economy, the Respondents believe that these

two (2) cases should be consolidated.

Wherefore these premises considered, the Respondents pray that this Honorable

Court will consolidate case numbers CV-06-395 and CV-06-1214.

**GRANTED**

DATE ___10/17/06___

_Charles Price_

JUDGE CHARLES PRICE

1

Inmate incarcerated prior to effective date of correctional Incentive time Act was entitled to have his good time credit calculated under prior provisions governing statutory good time And incentive good time. code 14-9-40 to 14-9-41(e)) 14-9-1, 14-9-4 14-9-20 to 14-9-25(Repealed).

Warren v. State 598 So.2d. 1058 (Ala. cr. App. 1992).

I was 25year imprisonments I contends That due process right has been denied good time credits.

Specifically I contends that I is entitled to earn deduction from his sentence pursuant to 14-9-1 code of Alabama 1975 And Further deduction pursuant to 14-9-1 code of Alabama 1975 And Further deductions pursuant to 14-9-4 code of Alabama 1975.

Both of those section were repealed (effective may 19, 1980). pursuant to the Alabama correctional Incentive time Act, 14-9-40 through 44 code of Alabama 1975.

(1)

IN its motion for judgment on the pleadings the state Argued that the petitioner is not eligible for incentive time pursuant to 14-9-41(e) code of Alabama 1975, because his sentence is in excess of 10 year And that therefore he received the full range of due process to which he was entitled.

The trial judge granted the state's motion And entered judgment Accordingly.

It is well settled that A petition for writ of habeas corpus is the proper procedure to test whether the state has properly calculated the amount of time Animate must serve in prison. Morris V. State 565 So. 2d. 288 289 (Ala. Ct. App 1990).

Risner V. State 522 So. 2d. 336 (Ala. Ct. App. 1988).

Ex parte power 546 So. 2d. 1004 1005 (Ala. 1988).

(2)

Inmate brought Action challenging
Amount of incentive good time.
power V. State 546 So. 2d. 1000
    (Ala. cr. App. 1987).

It is undisputed that the petitioner is
incarcerated for crimes committed prior to
1980 And that the governing statute is
1975 A/A. Acts 176 No. 182 (July 29, 1976)
which was codified as A/A/Alabama code
1975 14-9.20 though 14-9-25.
   This Act was replaced by the Alabama
correctional incentive time Act 1980
A/A. Act. 690 No. 80-446 (May 19 1980)
codified as 14-9-40 through 14-9-44
but retained to the extent that it only
Applies to prisoners serving time
before May 19 1980, And persons who
committed AN offense prior to
May 19, 1980  14-9-43

(3)

14-9-43
good conduct time previously
earned; applicability of Article.

(A.) Any good conduct time credit earned by
or otherwise granted to a prisoner prior
to enactment of this Article under law,
existing prior to the passage of this
Article shall be computed by the
Department of corrections through the
date next preceding may 19, 1980. Under
such laws and such time credit less
any forfeited, shall be granted to
the prisoner.

(b.) The provisions of this Article shall not
be applicable to any prisoner serving
time prior to may 19 1980, nor to any
person who commits an offense prior to
may 19, 1980. even if such person is
sentenced After may 19, 1980 Deductions
from the sentences of such persons shall
be earned at the rate as provided law
prior to may 19, 1980.
power v. state 546 so. 2d. 1000
Ala. ct. App. 1987).

(4)