IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

## AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Edward Bagley
Plaintiff(s)

2:07-CV-264-MHT

vs.

Governor Bod Rilley and AL other
Defendant(s)

I, James Edward Bagley, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?    YES ( )    NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
      11-18-2004

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (✓)
   B. Rent payments, interest or dividends?  YES ( )  NO (✓)
   C. Pensions, annuities or life insurance payments?  YES ( )  NO (✓)
   D. Gifts or inheritances?  YES ( )  NO (✓)
   E. Any other sources?  YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   ___N/A_____
   _____
   _____


                                    _James Edward Bogley_____
                                    Signature of Affiant

STATE OF ALABAMA   )
COUNTY OF ___Bibb____   )

   Before me, a notary public in and for said County, in said State, personally appeared ____James Bogley_____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _James E. Bogley_____
                                    Signature of Affiant

Sworn to and subscribed before me this __26_ day of __March_____, 19 _2007_

                                    _Laura Hines 9-1-2010_____
                                    Notary Public

                                    __Bibb_____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-17-2007.
(date)

_James Edward Bagley_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .02 on account to his credit at the Bibb Correctional Facility institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

None

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ 8.08   on the 1st day of Oct 2006
2. $ 25.68  on the 1st day of Nov 2006
3. $ 29.66  on the 1st day of Dec 2006
4. $ 1.61   on the 1st day of Jan 2007
5. $ 10.44  on the 1st day of Feb 2007
6. $ 18.07  on the 1st day of Mar 2007

_Cynthia Stewart, Account Clerk_
Authorized Officer of Institution

DATE 3/19/07

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BIBB COUNTY CF

AIS #: 182103    NAME: BAGLEY, JAMES EDWARD                AS OF: 03/19/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 12 | $0.10 | $0.00 |
| APR | 30 | $7.18 | $53.00 |
| MAY | 31 | $14.31 | $100.00 |
| JUN | 30 | $16.88 | $100.00 |
| JUL | 31 | $7.50 | $50.00 |
| AUG | 31 | $10.78 | $150.00 |
| SEP | 30 | $11.07 | $50.00 |
| OCT | 31 | $8.08 | $50.00 |
| NOV | 30 | $25.68 | $50.00 |
| DEC | 31 | $29.66 | $100.00 |
| JAN | 31 | $1.61 | $0.00 |
| FEB | 28 | $10.44 | $50.00 |
| MAR | 19 | $18.07 | $50.00 |