In the United State District Court
for the Northern District of Alabama

James Edward Bagley               2:07-CV-264
                Petitioner         MHT(WO).
Vs
Cheryl Price Warden
et Al

## Request for Appoinment of Counsel

I James Edward Bagley Prose in the in forma Pauperis Law 28 U.S.C. § 1915(e)(1) Allow a U.S. District Judge to request an Attorney to represent any person unable to afford counsel.

On basis of this law district judge have appointed lawyers for prisoners. Where or not to appoint a lawyer for me the court will consider.

There factors are listed in Montgomery V. Pinchak 294 F.3d 492 499 (3rd cir. 2002).
In Hendrick V. Coughlin 114 F.3d 390 (2d cir. 1997). doing this date 4-6-2007

James Bagley
182163  E-1-21-A
565 Bibb Lane
Brent Alabama 35903

(1)

In the 1960's two very good Supreme Court cases name Monroe V. pope 365 U.S. 167 (1961). And Cooper V. Pate 378 U.S. 546 (1964).

Prisoner soon began to file more and federal challenging Abuses.

Violation your Federal right conditions and Treatment in prison.

In A, important called Biven V. Six name Agents of Federal Bureau of Narcotics 403 U.S. 388 (1971). This called <u>Bivens Action</u>

Federal prisoner serving in private prisons can use the <u>Bivens, Action.</u>

In A case called Correctional Services Corporation V. Malesko 534 U.S. 61 (2001).

Smith V. City of New York 311 U.S. 288 (1994)
Marthinez V. City of Los Angles 141 F. 3d. 1373 (9th Cir. 1998).
Cooper V. Pate 378 U.S. 546 (1964).

(2)

James Bagley
182103 E-1-21-A
565 Bibb Lane
Brent Alabama
35034

Legal Mail
4-6-2007



BIRMINGHAM AL 352
09 APR 2007 PM 4 T

Office of the Clerk
United States District
Court
P.O. Box 711
Montgomery Alabama
36101