IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BAGLEY, #182103 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv264-MHT |
| ) | |
| CHERYL PRICE, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Petitioner James Edward Bagley has filed a motion for appointment of counsel. (Doc. No. 4.) Upon consideration of this motion, and as the appointment of counsel is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of April, 2007.

      /s/Terry F. Moorer
     TERRY F. MOORER
     UNITED STATES MAGISTRATE JUDGE