**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *S Brown*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

*S. Brown*   *4/20/07*

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☐ No

*07cv 264*
*Transfer Case*

1. Article Addressed to:

*Clerk of Court*
*US District Ct.*
*Northern Dist. of AL*
*1729 Fifth Ave. N.*
*B'ham, AL 35203-*
*2000*

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*  *7138 833 919*

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540